IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DERRICK MACHUN AMOS                                                    PLAINTIFF

VS.                                              CIVIL ACTION NO. 3:21-cv-55-DPJ-FKB

SHERIFF JODY
PENNINGTON, et al.                                                    DEFENDANTS

## REPORT AND RECOMMENDATION

On March 11, 2022, an order was entered and mailed to Plaintiff at the address provided by him, stating that an omnibus hearing would be held on May 25, 2022, at 10:30 a.m. Plaintiff did not appear at the hearing. Accordingly, the undersigned recommends that this action be dismissed for failure to prosecute.

The parties are hereby notified that failure to file written objections to the findings and recommendations contained in this report within 14 days from being served with a copy of this report will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; *Douglass v. United Service Automobile Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

Respectfully submitted, this the 25th day of May, 2022.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE